UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PERRY KENYON,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
                               /

Case No. 1:16-cv-1030
Hon. Ray Kent

## **JUDGMENT**

Judgment is hereby entered in favor of Defendant against Plaintiff.

Dated: January 12, 2017

/s/ Ray Kent
RAY KENT
United States Magistrate Judge